```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:_____                │
│ DATE FILED:___05/11/2026      │
└──────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

N.P. et al.,

                           Plaintiffs,                        **26-CV-3803 (VSB) (KHP)**

           -against-                                **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                           Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

This matter has been referred to the undersigned (ECF #5).  Insofar as this action is to secure attorneys' fees and costs, Plaintiff's motion shall be submitted by no later than **November 12, 2026.**  Opposition due **December 14, 2026.**  Reply due **December 28, 2026.**  The Court is unlikely to extend these deadlines.  Counsel for the parties are encouraged to settle this matter without the need for motion practice.  If the parties believe it would be helpful to have a settlement conference or desire a referral to mediation, they should submit a letter to the Court requesting same.

    **Plaintiffs are directed to serve this order, and a copy of the complaint on the Defendant.**

    SO ORDERED.

DATED:    New York, New York
            May 11, 2026

                                 *Katharine H Parker*
                             _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge